UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ROSS ISLAND SAND AND GRAVEL COMPANY,<br><br>Defendant. | CASE NO. C12-454 MJP<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

On April 13, 2012, an Order of Default was entered in the above-entitled matter. Dkt. No. 6.

As of the date of this minute order, no motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment in this matter no later than **May 24, 2012** or the Court will consider dismissing the matter for failure to prosecute.

MINUTE ORDER- 1

The clerk is ordered to provide copies of this order to all counsel.

Filed this 14th day of May, 2012.

William M. McCool<br>
Clerk of Court

s/Mary Duett<br>
Deputy Clerk