Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>ROSS ISLAND SAND AND GRAVEL COMPANY, an Oregon Corporation, Oregon Registration No. 029100-16,<br><br>Defendant. | NO. 2:12-CV-00454-MJP<br><br>ORDER OF DEFAULT JUDGMENT AGAINST ROSS ISLAND SAND AND GRAVEL COMPANY |

Ross Island Sand and Gravel Company, defendant herein, having been served via process server on March 20, 2012; the defendant having failed to plead to otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of the defendant having been duly entered according to law, upon the application of plaintiff, judgment is hereby entered against said defendant pursuant to the prayer of plaintiff's complaint.

THEREFORE, IT IS HEREBY ORDERED that plaintiff Board of Trustees of the Automotive Machinists Pension Trust have a judgment for the delinquent payment of

contributions, liquidated damages, interest, and attorney fees and costs for the audit period of September 2010 through April 2012 to recover from defendant, Ross Island Sand and Gravel Company, the following amounts: $97,048.76 in unpaid contributions, $17,645.28 in liquidated damages, and $8,899.87 in interest, $2,097.69 in audit costs, $500 in costs, and attorney fees in the amount of $940.50, for a total judgment of $127,132.10.

Post-judgment interest shall accrue at the highest allowable interest rate per annum from date of entry of default judgment, until paid.

IT IS FURTHER ORDERED THAT Ross Island Sand and Gravel submit its report and contributions for the month of May 2012.

DONE IN OPEN COURT this _26th_ day of __June__, 2012.

_____
Marsha J. Pechman
United States District Judge

Presented by:

   */s/ Noelle E. Dwarzski*
Noelle E. Dwarzski, WSBA #40041
McKENZIE ROTHWELL BARLOW
  & COUGHRAN, P.S.
Attorneys for Plaintiffs